IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATEEM HUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:21-cv-00319 |
| | ) Judge Trauger |
| CORECIVIC, ET AL., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On January 6, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 81), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Tennessee Department of Correction and TDOC Assistant Commissioner Lee Dotson (Doc. No. 67) is GRANTED, and the plaintiff's § 1983 claims against these two defendants are DISMISSED under Rule 12(b)(6) of the Federal Rules of Civil Procedure. It is further ORDERED that the plaintiff's state law claims against these two defendants are DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(A)(b)(1).

This case is hereby RETURNED to the Magistrate Judge for further handling under the referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge