IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATEEM HUDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00319 |
| | ) Judge Aleta A. Trauger |
| CORECIVIC, INC. et al., | ) |
| Defendants. | ) |

## ORDER

On March 11, 2024, the Magistrate Judge issued a Report and Recommendation (Doc. No. 183), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED, and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's claims in the Amended Complaint (Doc. No. 36) against defendants Garfinkle, Lappin, Lyons, Mollenger, VanDyke, and Wehr are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge